ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>              Plaintiffs,<br><br>  vs.<br><br>SOUTH CITY REFRIGERATION AND AIR CONDITIONING, INC., etc.,<br><br>              Defendant. | NO. C 05 3381 JSW<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

      IT IS ORDERED that the Case Management Conference in this case set for December 2, 2005 be continued to March 3, 2006 at 1:30 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: November 28, 2005

                                                              Honorable Judge Jeffrey S. White

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE